# United States Court of Appeals for the Federal Circuit

2008-1588

GLOBAL PATENT HOLDINGS, LLC,

Plaintiff-Appellant,

v.

PANTHERS BRHC LLC
(doing business as The Boca Raton Resort & Club),

Defendant-Appellee.

Laura A. Kenneally, Niro, Scavone, Haller & Niro, of Chicago, Illinois, argued for plaintiff-appellant. With her on the brief were Raymond P. Niro, John C. Janka, Arthur A. Gasey, Paul C. Gibbons, and Douglas M. Hall.

J. Douglas Baldridge, Venable LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were Caroline Petro Gately, Lauren E. Arnold, and Michael A. Sartori.

Appealed from: United States District Court for the Southern District of Florida

Judge Kenneth A. Marra

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1588

GLOBAL PATENT HOLDINGS, LLC,

Plaintiff-Appellant,

v.

PANTHERS BRHC LLC
(doing business as The Boca Raton Resort & Club),

Defendant-Appellee.

# Judgment

ON APPEAL from the    UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

in CASE NO(S).      08-CV-80013

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, GAJARSA, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED April 1, 2009         /s/ Jan Horbaly
                      Jan Horbaly, Clerk